IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| STEPHEN J. MANACK and | : | Bankruptcy No. <u>21-21119-JAD</u> |
| NATALIE M. MANACK, | : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| **Debtor(s)** | : | Related to Docs. #13 and 29 |
|_____X| | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this **4th** day of **August, 2021, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

**IT IS FURTHER ORDERED** that confirmation of the Plan Dated 5/12/2021 is DENIED AS MOOT.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
8/4/21 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: **All Creditors And All Parties In Interest**

00028050

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21119-JAD |
| Stephen J. Manack | Chapter 13 |
| Natalie M. Manack | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen J. Manack, Natalie M. Manack, 1345 Ridge Rd, Belle Vernon, PA 15012-3862 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15372168 | + | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15372170 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15372171 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15372172 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15378446 | + | Peoples Gas Natural Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15372177 | | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15372181 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15372182 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15372185 | + | U.S. Bank N.A., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15392748 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15377246 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15372186 | + | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15372187 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15372188 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15389633 | + | Email/Text: g17768@att.com | Aug 04 2021 23:11:00 | AT&T Mobility II LLC %AT&T SERVICES INC. KAREN A., %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER,, NJ 07921-2693 |
| 15376635 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 04 2021 23:12:55 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15372163 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2021 23:11:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15372162 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2021 23:11:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15372164 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 04 2021 23:11:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 15372165 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 04 2021 23:11:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 15372167 | + | Email/Text: bankruptcy@sccompanies.com | Aug 04 2021 23:11:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15372166 | + | Email/Text: bankruptcy@sccompanies.com | Aug 04 2021 23:11:00 | Country Door/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15372169 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 04 2021 23:11:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood |

Case 21-21119-JAD    Doc 31    Filed 08/06/21    Entered 08/07/21 00:32:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Road, Saint Cloud, MN 56303-0820 |
| 15379151 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2021 23:12:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15372174 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15372173 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15393118 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15372175 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2021 23:12:55 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15372176 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2021 23:13:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15388029 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2021 23:13:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15390881 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2021 23:11:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15372179 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2021 23:12:55 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15372184 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 04 2021 23:11:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15372183 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 04 2021 23:11:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15372189 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 04 2021 23:11:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15372180 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15372178 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021                Signature:    /s/Joseph Speetjens

District/off: 0315-2 | User: bsil | Page 3 of 3
Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Stephen J. Manack julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Natalie M. Manack julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6